IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN S. GREGERSON and
DEBRA K. GREGERSON,

     Plaintiffs,

v.

STATE OF WISCONSIN,
GOVERNOR SCOTT WALKER,
STATE OF WISCONSIN DEPARTMENT OF
JUSTICE, J.B. VAN HOLLEN, BRAD D.
SCHIMEL, F. THOMAS CREERON, III,
BRIAN P. KEENAN, CHRISTOPHER J.
BLYTHE, WISCONSIN SECRETARY OF
STATE, DOUGLAS J. LAFOLLETTE,
WISCONSIN DEPARTMENT OF REVENUE,
RICHARD G. CHANDLER, LAKEISHA
WRIGHT BUTLER, DIANE L. HARDT,
JOHN TEASDALE, ALBERTO CIARLETTA,
KATHERYN HERNANDEZ, DIANE RAIZIN,
TERRY STOVER-CRAMER, WISCONSIN
EMPLOYEE TRUST FUND (ETF),
CRYSTAL CULVER, WISCONSIN
INDIANHEAD TECHNICAL COLLEGE
(WITC), LISA REED, CHER VINK,
WISCONSIN TAX COMMISSION (WTC),
ROGER W. LE GRAND, ST. CROIX
COUNTY WISCONSIN, HOWARD W.
CAMERON, LAUREN NOBLE, ELIZABETH
L. ROHL, BETH PABST, SANDI HANSON,
SCOTT COX, KRISTI SEVERSON, JOHN A.
SHILTS, EAU CLAIRE COUNTY,
WISCONSIN, LARRY C. LOKKEN,
GLENDA J. LYONS, KEITH R. ZEHMS,
KATHRYN A. CHRISTENSON, TIMOTHY J.

JUDGMENT IN A CIVIL CASE

15-cv-549-wmc

SULLIVAN, RON CRAMER, GARY KING,
TOWN OF WASHINGTON,  EAU CLAIRE
COUNTY,  WISCONSIN, JANELLE
HENNING, MICHEAL PETERSON,
INTERNAL REVENUE SERVICE (IRS),
MS. MEREDITH, DIRECTOR OF
INTERNATIONAL OPERATIONS and
LAYNE CARVER,

       Defendants.

---

       This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this

case for lack of subject matter jurisdiction.

       /s/                             10/04/2016

| Peter Oppeneer, Clerk of Court | Date |
|---|---|